IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Braxton, Morgan C | Case Number: 07 B 13904 |
| | Judge: Squires, John H |
| Printed: 2/26/08 | Filed: 8/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,021.96 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 966.77 |
| Trustee Fee: | | 55.19 |
| Other Funds: | | 0.00 |
| Totals: | 1,021.96 | 1,021.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 966.77 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 21,697.38 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 825.39 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 965.07 | 0.00 |
| 6. | Capital One | Unsecured | 1,491.15 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 3,920.11 | 0.00 |
| 8. | Capital One | Unsecured | 2,165.20 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,153.49 | 0.00 |
| 10. | B-Real LLC | Unsecured | 5,184.77 | 0.00 |
| 11. | B-Real LLC | Unsecured | 2,652.62 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 407.66 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 201.14 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 219.34 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 5,477.54 | 0.00 |
| 16. | GE Money Bank | Unsecured | 1,378.58 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 1,852.32 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 1,337.79 | 0.00 |
| 19. | Asset Acceptance | Unsecured | 113.10 | 0.00 |
| 20. | Allied Interstate | Unsecured | | No Claim Filed |
| 21. | Allied Interstate | Unsecured | | No Claim Filed |
| 22. | Credit Protection Association | Unsecured | | No Claim Filed |
| 23. | Chase | Unsecured | | No Claim Filed |
| 24. | Bank Of America | Unsecured | | No Claim Filed |
| 25. | Allied Interstate | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Braxton, Morgan C | Case Number: 07 B 13904 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 2/26/08 | Filed: 8/2/07 |

| | | | | |
|---|---|---|---|---|
| 26. | First National Credit Card | Unsecured | | No Claim Filed |
| 27. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 28. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 29. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 32. | West Asset Management | Unsecured | | No Claim Filed |
| 33. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 53,915.65 | $ 966.77 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 55.19 |
| | _____ |
| | $ 55.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____